**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER MARTIN,** ) | Case No. 2:11-cv-05404-RGK -SP |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **CREDIT MANAGEMENT** ) | |
| **SOLUTIONS LLC, a corporation;** ) | |
| **DOUGLAS BULL, an individual,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of September, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1

Filed electronically on this 23rd day of September, 2011, with:

2

United States District Court CM/ECF system

3

4

Notification sent electronically via the Court's ECF system to:

5

Honorable R. Gary Klausner
United States District Court

6

Central District of California

7

8

Notification sent electronically via U.S. Mail to:

9

Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP

10

665 Main Street, Suite 300

11

Buffalo, NY 14203

12

This 23rd day of September, 2011.

13

s/Todd M. Friedman

14

Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28