JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER MARTIN, | ) | Case No. CV 11-05404-RGK (SPx) |
| | ) | |
| Plaintiff(s), | ) | ORDER DISMISSING ACTION FOR |
| | ) | LACK OF PROSECUTION |
| VS. | ) | |
| | ) | |
| CREDIT MANAGEMENT | ) | |
| SOLUTIONS LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On September 23, 2011, plaintiff filed a Notice of Settlement (DE 4).  On September 26, 2011, the Court issued a Minute Order informing the parties that they were not relieved of any deadlines or appearances until a dismissal of the action was filed (DE 5).  There has been no activity in this matter since that date.  The case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: February 2, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE